UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-3159(DSD/BRT)

Tanisha Sherri Scott,

        Plaintiff,

v.                               **ORDER**

Nancy A. Berryhill,
Acting Commissioner of
Social Security,

        Defendant.

 

    This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson dated January 12, 2018 (R&R). The magistrate judge recommended that the court deny plaintiff's motion for summary judgment and grant defendant's motion for summary judgment. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The R&R [ECF No. 19] is adopted in its entirety;

    2.   Plaintiff's motion for summary judgment [ECF No. 14] is denied;

    3.   Defendant's motion for summary judgment [ECF No. 17] is granted; and

    4. The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2018

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court